UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KEVIN B. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>PRAETORIAN INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:20-cv-04766-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DENYING ENTRY OF DEFAULT JUDGMENT; SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 14, 15 |
|---|---|

On October 25, 2020, pro se plaintiff Kevin Williams moved for entry of default judgment. Dkt. No. 14. On October 28, Magistrate Judge Thomas S. Hixson entered a report and recommendation and the case was reassigned to me. Dkt. Nos. 15, 17. No party has entered objections to that report and recommendation by the deadline of November 12, 2020. I have reviewed the motion and docket and I adopt Judge Hixson's report and recommendation in every respect. The motion to enter default judgment is DENIED without prejudice.

As Judge Hixson explained, several steps must occur before a default judgment is entered. The defendant must be properly served, the defendant must fail to make an appearance within the relevant timeframe, and the Clerk must enter the default. The Court has contacted the U.S. Marshal Service about this case and service to the defendant is currently in progress. The defendant's address is in the Southern District of New York, which had previously suspended service by the U.S. Marshals due to the pandemic but has now resumed it. *See* Standing Order M10-468 (S.D.N.Y. October 7, 2020).

I will set an initial case management conference in this matter for **February 23, 2021** at 2:00 pm, to be held via videoconference according to the instructions on the Court's website. The

1  Joint Case Management Statement shall be filed by February 16, 2021.

2  **IT IS SO ORDERED.**

3  Dated: November 17, 2020



William H. Orrick
United States District Judge