UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRAETORIAN INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:20-cv-04766-WHO<br><br>**ORDER EXTENDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 30 |

The pro se administrator for the plaintiff estate moves, unopposed, to extend the time to respond to the defendant's motion to dismiss. The plaintiff's Opposition shall be due May 12. The defendant's Reply shall be due May 19. The hearing shall be continued to June 2 at 2:00 pm PST.

**IT IS SO ORDERED.**

Dated: April 20, 2021



William H. Orrick
United States District Judge